UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYCHAL ANDRA REED,<br><br>    Plaintiff,<br><br>v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | Case No. 22-cv-05214-JST<br><br>**ORDER OF DISMISSAL** |

On or about September 12, 2022, Plaintiff filed this *pro se* complaint seeking declaratory relief. ECF No. 1. That same day, the Clerk of the Court informed Plaintiff that this action was deficient because he had neither paid the filing fee nor submitted a complete *in forma pauperis* application. ECF No. 2. The Court informed Plaintiff that he needed to correct the deficiency within twenty-eight days from the date of the notice to avoid dismissal of this action. ECF No. 2. The deadline has passed, and Plaintiff has not submitted the required documents. The Court therefore DISMISSES this action without prejudice. Because this dismissal is without prejudice, Plaintiff may move to reopen the action. Any motion to reopen must be accompanied by either the full filing fee or a complete *in forma pauperis* application.

**IT IS SO ORDERED.**

Dated: October 27, 2022

_____
JON S. TIGAR
United States District Judge